HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSHUA GHZIOUNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JOSHUA GHZIOUNA,<br><br>            Defendant. | Case No.  6:20-PO-00090-JDP<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date:   July 7, 2020<br>Time:  10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Joshua Ghziouna, hereby stipulate and jointly move this Court to continue Mr. Ghziouna's status conference from April 29, 2020 until July 7, 2020.

On February 25, 2020, Mr. Ghziouna was arraigned before the honorable Jeremy D. Peterson.  Defense investigation is ongoing.  Unfortunately ongoing COVID-19 closures have delayed defense investigation.  The undersigned defense counsel requests that Mr. Ghziouna's status conference be continued until July 7, 2020 in order to undertake the necessary investigation. The Government does not object.

//

//

//

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | McGREGOR SCOTT<br>United States Attorney |
| 3 | | |
| 4 | Dated:  April 28, 2020 | */s/ Susan St. Vincent*<br>SUSAN ST. VINCENT |
| 5 | | Acting Legal Officer<br>National Park Service |
| 6 | | Yosemite National Park |
| 7 | | |
| 8 | Dated:  April 28, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 | | |
| 10 | | */s/  Benjamin A. Gerson*<br>BENJAMIN A. GERSON |
| 11 | | Assistant Federal Defender<br>Attorney for Defendant |
| 12 | | JOSHUA GHZIOUNA |

Ghziouna / Stipulation to Continue Status Conference and Order

-2-

ORDER

The above stipulation to continue case 6:20-PO-00090 JDP until July 7, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   April 28, 2020

UNITED STATES MAGISTRATE JUDGE