HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSHUA GHZIOUNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA GHZIOUNA,<br><br>Defendant. | Case No.  6:20-po-00090-JDP<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date:   September 15, 2020<br>Time:   10:00 a.m.<br>Judge:  Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Joshua Ghziouna, hereby stipulate and jointly move this Court to continue Mr. Ghziouna's status conference from July 7, 2020 until September 15, 2020.

On February 25, 2020, Mr. Ghziouna was arraigned before the honorable Jeremy D. Peterson.  Defense investigation is ongoing.  Unfortunately ongoing COVID-19 closures have delayed defense investigation.  The undersigned defense counsel requests that Mr. Ghziouna's status conference be continued until September 15, 2020 in order to undertake the necessary investigation.  The Government does not object.

//

//

//

1                                    Respectfully submitted,

2                                    McGREGOR SCOTT
                                     United States Attorney

3

4 Dated: July 6, 2020                  */s/ Susan St. Vincent*
                                     SUSAN ST. VINCENT
5                                    Acting Legal Officer
                                   National Park Service
6                                    Yosemite National Park

7

8 Dated: July 6, 2020                  HEATHER E. WILLIAMS
                                   Federal Defender
9

10                                    */s/  Benjamin A. Gerson*
                                   BENJAMIN A. GERSON
11                                    Assistant Federal Defender
                                   Attorney for Defendant
12                                    JOSHUA GHZIOUNA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The above stipulation to continue case 6:20-po-00090 JDP until September 15, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   July 6, 2020

_____
UNITED STATES MAGISTRATE JUDGE