1  Sean O. Anderson
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California 95389
   Telephone: (209) 372-0241
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Docket Number 6:20-po-00090-HBK
12 | Plaintiff, |
13 | v. | **MOTION TO DISMISS; AND ORDER THEREON**
14 | |
15 | JOSHUA C. GHZIOUNA, |
16 | Defendant. |

17

18      Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court

19 endorsed hereon, the United States hereby moves the Court for an order of dismissal of case *6:20-*

20 *po-00090-HBK*, in the interest of justice. See Exhibit A, filed under separate cover.

21

22                                          Respectfully submitted,

23
                                            McGREGOR SCOTT
24                                          United States Attorney

25

26      Dated: January 14, 2021              /S/ *Sean O. Anderson*
                                            SEAN O. ANDERSON
27                                          Legal Officer
28                                          Yosemite National Park

                                            1

**ORDER**

Upon motion of the United States filed on January 14, 2020 (Doc. No. 14) under Fed. R. Crim. Pro. 48, the matter of *United States v. Ghziouna*, case no. 6:20-po-00090-HBK, is hereby dismissed in the interest of justice.

IT IS SO ORDERED.

Dated:   January 14, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE